**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01467-CV

**CERGON, INC. D/B/A PRIMO'S BAR & GRILL AND EDWARD CERVANTES,**
Appellant

**V.**

**CHEUNG-LOON, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 08-9267-G**

## ORDER

The Court **GRANTS** court reporter Vielica Dobbins's December 2, 2013 request for extension of time to file record and **ORDERS** the reporter's record be filed no later than January 2, 2014. No further extensions will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE